IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Carpenters Union Local 22,<br><br>    Plaintiffs,<br>  v.<br><br>City and County of San Francisco, et al.,<br><br>    Defendants. | No. C 14-01615 RS<br><br>**STANDBY ORDER OF DISMISSAL** |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **August 11, 2014**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **August 14, 2014 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: June 26, 2014

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE